IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM JENSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE HANNAH L. BLUMENSTIEL, U.S. Bankruptcy Court, Northern District of California, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-04114-MMC<br><br>**ORDER STAYING PROCEEDINGS** |

By order filed concurrently herewith, the Court has directed plaintiff to show cause why the First Amended Complaint ("FAC") should not be dismissed without leave to amend. In light thereof, with the exception of the filing of plaintiff's response to the order to show cause, all proceedings in the above-titled action are hereby STAYED. See Landis v. North American Co., 299 U.S. 248, 254 (1936) (holding "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). In particular, pending resolution of the order to show cause, no defendant shall file a response to the FAC, no party shall file any motion, and no discovery shall be sought or exchanged. Any party seeking leave from the stay must file an administrative motion pursuant to Civil Local Rule 7-11.

**IT IS SO ORDERED.**

Dated: July 31, 2018

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge